■ In the Matter of MICHAEL GOLDSTEIN, an Attorney. — Respondent suspended from practice as an attorney and counselor-at-law and a referee appointed, as indicated in the order of this court. Concur — Murphy, P. J., Kupferman, Ross, Asch and Milonas, JJ.